# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2008

135305

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JULIE KENNEY,
       Plaintiff-Appellee,

v

SC: 135305
COA: 278090
WCAC: 04-000409

ALTICOR, INCORPORATED,
       Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 23, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted in light of *Stokes v Chrysler LLC*, 481 Mich 266 (2008).

CAVANAGH, J., would deny leave to appeal.

WEAVER, J. (*dissenting*).

I dissent from the order remanding this case to the Court of Appeals as on leave granted for reconsideration in light of *Stokes v Chrysler LLC*, 481 Mich 266 (2008).

Because I dissented from the majority opinion in *Stokes,* I would grant leave to appeal in this case to consider whether the *Stokes* majority reached the correct decision in *Stokes*.

KELLY, J., joins the statement of WEAVER, J.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2008

_____
Clerk

0930